In the Matter of the Appraisal of the Estate of ROBERT GLENDINNING, Deceased, under the Transfer Tax Act.

ELLEN E. GLENDINNING et al., as Executors, Appellants; ERASTUS C. KNIGHT, as Comptroller of the State of New York et al., Respondents.

*Matter of Glendinning*, 68 App. Div. 125, affirmed.
(Submitted June 10, 1902; decided June 24, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 29, 1902, which affirmed an order of the New York County Surrogate's Court imposing a transfer tax upon certain property belonging to the estate of Robert Glendinning, deceased.

*William C. Arnold* for appellants.

*Julius Offenbach* for respondents.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, VANN, CULLEN and WERNER, JJ.